UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Federico Diaz Acevedo
                          Plaintiff,

v.                                                Case No.: 1:25−cv−15271
                                                                  Honorable Steven C. Seeger

Samuel Olson
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, December 27, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: This order is entered by Judge Pacold as emergency judge. Telephone emergency motion hearing held on 12/27/2025. Petitioner's amended emergency motion for temporary restraining order and injunctive relief, [9], is denied for the reasons stated on the record. By 4:00 p.m. on 12/29/2025, the parties should file a joint status report with an update on the case. Telephone status hearing set for 12/30/2025 at 9:30 a.m. To join the telephone hearing please dial 650−479−3207 and enter access code 2310 276 7442#. Press # when prompted for an attendee number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.